Elizabeth Ann WATERS, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2008–3036.

United States Court of Appeals,
Federal Circuit.

Jan. 3, 2008.

Elizabeth Ann Waters, pro se.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination, and having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The respondent should compute the due date for filing its brief from the date of filing of this order.

Danny WILLIAMS, Petitioner,

v.

DEPARTMENT OF the ARMY,
Respondent.

No. 2008–3021.

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2008.

*ORDER*

Upon consideration of Danny Williams' motion for reconsideration of the court's November 30, 2007 order dismissing his petition for review for failure to pay the docketing fee, the docketing fee now having been paid,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.

(2) If no certified list is filed by the arbitrator within 14 days of the date of filing of this order, the parties should confer to determine the record on review and Williams' brief is due within 60 days of the date of filing of this order. If a certified list is filed within 14 days of this order, then Williams should calculate his brief due date from the date of service of the certified list.